# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

24 APR -1 PM 3: 59

Civil Action No.       new plea- to criminal US attorney of CO.
(To be supplied by the court)

sarah mccowan _____ , Plaintiff

v.

Jury Trial requested:
(please check one)
___ Yes ___ No

horace mccowan _____ ,

*Either which ever
is more
Expedient + Effective
Criminal
or ?
Civil ?*

lisa grace mccowan foley _____ ,

freed & shepherd, P.C. _____ ,

_____ , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in
the space provided, please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names of the defendants listed in the above
caption must be identical to those contained in Section B. Do not include addresses here.)*

criminal violations & civil liabilities color of law; mail/wire fraud, forgeries legal instruments,
~~embezzlement, impersonating authority in law. unjust enrichment., manipulated IRS tax~~
returns, multiple jurisdictions, collusion - conspiracy .

# COMPLAINT

---

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should not
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include only: the
last four digits of a social security number; the year of an individual's birth; a minor's initials;
and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other
materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Sarah McCowan 4600 w. 9th Ave. Ste 305 Denver CO. 80204

_____
(Name and complete mailing address)

720-892-8340 sarahmccowan1@gmail.com

_____
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Freed & Shepherd P.C. 9030 Stony Point Pkwy Richmond VA 23235
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2:    Horace McCowan 160 s. Marion Pkwy Denver CO. 80209
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3:    Lisa Grace McCowan Foley 62 Khakum Wood Rd. Greenwich CT. 06831
_____
(Name and complete mailing address)
aka- Grace M. Foley P.O. Box 1080 Riverside CT. 06878
_____
(Telephone number and e-mail address if known)

Defendant 4:    CFA Shiela Cromwell
_____
(Name and complete mailing address)
2- 1041 w/address of UBSNYC 1285-6th Ave NYC 10019
_____
(Telephone number and e-mail address if known)

The IRS has two more Addresses on two more 1041s with trustee addresses NY + Ct two more EIN #s 1- P.O. Box 1080 Riverside CT. 06878 Lisa Grace McCowan Foley

2

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Mail/wire fraud , transfer regulated securities fraud, embezzlement, unjust enrichment; plea for a US Attorney prosecutor - FBI investigation to be reopened from 2021- VA. attorneys lied to FBI

Color of Law criminal violations: all legal codes  USC Title 18 & civil liability Title 42 1985/1983 conspiracy- deprivation of civil rights collusion with authority in law, conspiracy multiple jurisdictions, check fraud- impersonating law firms two parental E&T in VA. .

____   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Damages- civil liability = 40M USD instant restitution - equal liability tort de son fiduciary embezzlers two E&T (both parents - divorced ) & breach of trust trustees, no authority without qualification in VA. where the settlers' lived and died (divorced) Unjkust enrichment.

Criminal violations - multiple felony violations, meil/wire fraud, impersonating authorities in law, color of law criminal, check fraud, embezzlement,

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

3/27/2024
_____
(Date)

(Revised February 2022)

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00234-LTB-SBP

SARAH MCCOWAN / CO.,

    Plaintiff,

v.

FREED & SHEPERD P.C. / VA.,
HORACE MCCOWAN / CO., and
LISA MCCOWAN FOLEY / CT.,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order Dismissing Case entered by Lewis T. Babcock, Senior District Judge, on March 26, 2024, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, March 26, 2024.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk


                        By: s/D.Gumbs
                        Deputy Clerk

*CLAIM D* (handwritten)

## Rule 8 Presentation:     24cv00234.     April 1, 2024

**Service Process and Subpoenas across Jurisdictions: by the Courts Marshal not the pro se litigant.  Defendants are master manipulators in a spinning wheel of panic. A taut line will be imperative.  Reference case 20pr419 will be imperative.**

The Sarah Everett McCowan Family Trust, established on 3-13-2000 by Edward Hamlin Everett, aimed to secure generational wealth for his family. Recent events have cast doubt on the integrity of these trusts, prompting plaintiff's attempts to resolve matters outside of court, which were met with resistance or silence from defendants in Virginia and Colorado.

*CREATOR 1920* (handwritten)

In the US District Civil Court in Colorado, the goal is to secure instant court-enforced restitution of 40 million USD. If civil avenues prove inadequate, the plaintiff seeks referral to a criminal federal District Court Attorney for immediate action to obtain restitution. The objective is to ensure restitution is obtained through legal channels, whether civil or criminal, and enforced by the court.

This strategy aligns with the US District Court in Colorado's requirements for new cases, addressing civil and potential criminal aspects and seeking appropriate legal remedies.

**Allegations - Legal Theories:**

- Violation of Civil Rights: Defendants impersonated attorneys, violating plaintiff's civil rights.

- Violation of Federal Statutes: Defendants contravened 42 USC 1983 & 1985, depriving individuals of civil rights.

- Mail and Wire Fraud: Defendants submitted fraudulent documents.

- Breach of Fiduciary Duty: Defendants breached fiduciary duties regarding trust assets.

- Color of Law 1983/1985 Conspiracy: Defendants impersonated legal authority and engaged in fraud.

**Request for Relief: Plaintiff seeks:**

a. Restitution and compensation for financial losses.

b. Punitive damages.

c. Compounding annual interest

d. Costs & Attorney's fees guaranteed **or referral to US District of CO. Criminal Attorney**

e. Injunctive relief to prevent asset hiding and recover unjustly obtained assets.

f.  Treble damages IIED.

**Additional Request:**

Plaintiff requests an explanation for the addition of a defendant simultaneous to dismissal without prejudice. Incongruent. .

Process of Service: to  all 4 jurisdictions by the court Marshal not by pro se litigant.

Referral to the US District Court of Colorado Criminal Division.

**Subpoena all four jurisdictions.**

Declaration by Commissioner of Accounts Richmond VA. Kimberley Pinchbeck

Plaintiff requests service to all defendants by the national US Court Marshal and subpoenas, with costs billed to the plaintiff.

Conclusion: Plaintiff urges the court to adjudicate claims promptly and provide enforceable relief.

## Legal Claims:

Plaintiff asserts claims under 42 U.S. Code §§ 1983 and 1985, alleging constitutional and statutory violations.

Statute of Limitations:

The ACA of 1948 applies, preventing the statute of limitations until compliance with Virginia's legal requirements.

Commissioner of Accounts Oversight:

Defendants evaded oversight by failing to comply with Virginia's notification requirements.

## Process for Immediate Restitution: 40M USD

Plaintiff requests immediate restitution and production of true instruments , annual accounting, complete inventory ( multiple missing heirlooms worth $600,000 18 years ago) and  a review of Hotchpot valuation for equitable distribution. .

## Indisputable Claims:

Plaintiff emphasizes the need for restitution and outlines fraudulent activities.

Plaintiff seeks restitution and asserts criminal liability against defendants.

This matter is confusing , a train driven by a psychopath; it is further confusing when the court adds a defendant while simultaneously dismissing case.

It may be time to turn this over to the criminal division US District of CO. prosecutor. There is no issue with SMJ or. SOL. 4 criminal 4 jurisdictions.

CT., VA., CO., NY.. ( 3rd parties are immune "if" of "good faith".

Only a probate judge can understand all of the crimes here, and a plaintiff who has been studying this case compare to every law for 3 years. There is no exit. These criminal are stuck inside the spinning wheel web by sociopath design to embezzle two E&T , all assets, without authority, no one "qualified."

No one is entitled to touch the assets of either parental E&T without the ;

## "CERTIFICATE OF QUALIFICATION" -
signed and sealed by a VA. circuit court judge.

There was no probate, just grifters manipulating court records, planting illusions to mislead for the unjust enrichment of embezzlement , 4 jurisdictions makes it very confusing because nobody is talking, all 4 jurisdictions are hiding praying judicial fails to act. None accepting invitation to settle out of court. They think they have succeeded at making a mockery out of judicial by the powers of venality funded by the plaintiff's inheritance , attorneys in every jurisdiction defended by the venality fund, which is funded by the plaintiff's stolen inheritance.

1. Impersonating an attorney ( 2 page letter.. defense exhibit ( I ) ) Criminal violations & civil liability color off law personal liability CT. CO . VA. defendants..

2. Swapping addresses on IRS E&T tax transcripts to conceal trustees, by CAF VA. trustees criminal violations of law by lawless lawyers , personal liability.

3. Pour-over / 1st page of Will / CO. defendant - proponent- filing an invalid will covertly by hoax - a Will cannot be probated without "qualification"- a contradiction in terms . Federal probate exception foiled by fraud, criminal violations - embezzlement, forgery, unjust enrichment SMJ/ SOL here & now.

4. Why do VA. trustees lawless lawyers risk remaining as covert complicit concealed trustees mentor ignoring the laws of qualification to avoid legal oversight get paid via venality, the plaintiff's inheritance. We resent that lawless lawyers mentoring venal looting co-conspirators, why not just resign- let the court appoint- allow legal oversight.?

5. Not notifications SOL never commenced countdown coupled with ACA 1948, SOL avails everywhere, but the only place SMJ can anchor is US District of CO. .

6. If the court is confused such as to adda defendant and dismiss the case simultaneously, well then, be prepared for mind-twisting fraud - hold your ground these are practices sociopaths. Mentored by VA. lawless lawyers breach of trust embezzling tortfeasors. .

7. Maxine - indefensible party - deliberately perjured by sworn oath because that seemed easier than investigating the facts compare notes with the plaintiff? No interest in facts? No curiosity in the incongruent? Blind faith- the road of least resistance, join the gang of criminals rolling down hill fast.

8. Mens rea - manipulating tax transcripts to conceal the true trustees, CAF Freed & Shepherd / CO. proponent and PE RE manipulating court records, embezzling assets without authority. CT. imposter impersonating forging the complicit lawless lawyers. Every exhibit in Denver probate scripted and forged by CT. sociopath .

**ACA 1948 arm and arm with 64.2-508 ( E )**

THIS GAME- IS OVER HERE & NOW -

defendants are each  personally liable and criminally  available -a

he US District  of CO. prosecutor can  take over.

Consult with Denver Probate records  20pr419 every defense exhibit fraud..

Transfer of assets by fraud. Embezzlement.  *CFA ShielaCromwell for UBS Transfer Regulated Securities*

Plaintiff is owed  $40M USD instant restitution. 10M per defendant per jurisdiction.

The facts are in every defense exhibit 20pr419 fraud on the court-

Compare notes with the RVA Commissioner of Accounts Kimberley Pinchbeck, Esq. RVA a quasi-probate judge the only state without  a probate court..

There was no probate just embezzlement X  4 jurisdictions.

VA. Trustees disbarment awaits.

Declaration from Commissioner of Accounts RVA Kimberly Pinchbeck

imperative for this court to grasp the gravity of criminal activity to embezzle

# TRUST & ESTATES

## Certificate of Qualification
## Signed and sealed by a Virginia Circuit Court Judge

Virginia Code § 64.2-508.A-D requires that a fiduciary give notice of the estate to all interested parties within thirty days of qualification and to file an affidavit of such notice within four months of qualification.

The notice advises interested parties of the filing schedule for the estate and notifies them of their right to obtain copies of the filings by requesting the same from the fiduciary.

The required notice is the primary legal basis for an heir or other party to become aware of a pending estate in which that person might have an interest.

The commissioner is prohibited from approving "any settlement" until the fiduciary files the required affidavit. The commissioner has responsibility to enforce the filing of the affidavit and, therefore, requires the filing of a proper affidavit of notice as a part of the approval of the initial inventory.

**NOTE:  The affidavit of notice cc1616 & affidavit of "qualification" cc1618 'must' be filed with the Probate Division of the Circuit Court ofd RVA.**

**SOL suspended forever; state and national:**

**64.2-508(E) E.**
Failure to give the notice required by this section,…….. the time that elapses from the date that notice should have been given to the date that notice is given shall not be counted….

**The Assimilative Crimes Act, 18 U.S.C. § 13,** makes state law applicable to conduct occurring on lands reserved or acquired by the Federal government as provided in 18 U.S.C. § 7(3), when the act or omission is not made punishable by an enactment of Congress.

CC/618

**WAIVER OF NOTICE OF PROBATE OR QUALIFICATION**
COMMONWEALTH OF VIRGINIA
VA. CODE § 64.2-508

Court File No. .................................................................

TO THE CLERK:

........................................................................................................................................................ Circuit Court

WAIVER OF NOTICE REGARDING ESTATE OF ......................................................................................................

(who died on ............................................................... )

I, the undersigned, hereby waive right to Notice of Probate and/or Qualification of Personal Representative in the above-mentioned Estate, and do hereby release the proponent of the will of the decedent or the personal representative of the decedent's estate from all present and future responsibility of providing notice as contemplated under § 64.2-508 of the Code of Virginia.

This ...................... day of ..................................................., ...........................

........................................................................          ........................................................................
PRINT NAME HERE                                                  SIGNATURE

........................................................................................................................................................
ADDRESS AND TELEPHONE NUMBER

Commonwealth/State of ...........................................          [ ] City  [ ] County of ..............................................

Acknowledged, subscribed and sworn to before me this ...................... day of ..................................., 20 ..............,

by ..............................................................................................................................................................

_____ , Clerk

by _____ , Deputy Clerk

OR

_____ , Notary Public

My Commission expires ..................................................................................

Registration No. ..........................................................................................

NOTICE: This Waiver ▓▓▓▓ be filed in the Clerk's Office where the personal representative qualified or the will was probated.

FORM CC-1618 MASTER 10/12

**"MUST"**

**Both options are here clear as glass. This one form is mandatory.** cc/618

**Cc1616 is a necessity if you want SOL to commence. They did not.**

# Granted

_____ US Civil District Court of Colorado instant restitution personal liability to all defendants;  court enforced;  in-personam judgement.

## Or

_____ Referral to US  District Attorney Criminal Court of CO.

_____ Process of Service to all defendants by the US District Court Marshal

US District Judge/ Magistrate Judge_____

The Court emphasized that decisions on the merits should not be avoided based on technicalities, and leave to amend should be freely given when justice so requires.  the Court's decision in Foman v. Davis.
**We thank the court for it's tolerance in allowing us to try again.**

## GOV'T REFERRAL REQUIRED  TO GET TO US PROSECUTORS-  DISTRICT COURT OF CO.

**Legal theory;**

§ 18-4-404. Obtaining control over any stolen thing of value-

§ 18-4-403. Statutory intent ; Mail & wire fraud.  4 elements all met. *

Conspiracy fraud

42USC 1985/ 1983 conspiracy makes it work.

§ 18.2-504. Destroying or concealing wills is a FELONY, prison time.                    .

C*olor of law* refers to the *appearance of legality* in the exercise of legal power to realize an action that violates the law.......
Criminal VA. attys. In collusion with their criminal imposter client the  CT. defendant

in blatant conflict of interest, trustees of a dynasty family trust & adverse beneficiary

a psychopath born to scapegoat , exploit, other peoples money. .

....... **beyond the scope of  lawful authority and so violated the** civil rights **of a citizen.**

Crimes committed under color of law include acts within and beyond the boundaries of legal authority.

42 U.S.C. § 1983/1985. **Conspiracy is what makes it work.**

(19 U.S.C. § 13)  18 U.S.C. § 242). (18 U.S.C. § 241)

*The  deprivation of rights under color of law is a federal criminal* **offense** which occurs when any person, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person on any U.S. territory or possession to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens.

**(18 U.S.C. § 242).**

When two or more persons **conspire to prevent the exercise of constitutional rights**, or to punish an individual for having exercised them, it is deemed a conspiracy against rights (18 U.S.C. § 241). The

death penalty is applicable in extreme cases when the crimes cause the death of the individual being deprived of statutory or constitutional rights.[2] Remedy by civil action is also possible:

**(18 U.S.C. § 241)**

**The Assimilative Crimes Act of 1948 (19 U.S.C. § 13) makes punishable in federal court** criminal acts or omissions not specifically made punishable by enactments of Congress…if the act is a crime under the applicable state law. Only the substantive offenses of a state are assimilated into federal law.                **(19 U.S.C. § 13)**

Thus, although case authority in this area is slight, a different state period of limitation will not control prosecution under the act. *See Garcia-Guillern v. United States*, 450 F.2d 1189, 1192 n. 1 (5th Cir. 1971), *cert. denied*, 405 U.S. 989 (1972).

**_Commentary_**; "Who funds venality"? Their must be an alternative funding source or the risk may not be worth the cost to push back a posse .After all venality is the powerholder to unethical persuasion. We know predators were anticipating a posse because of the CO. defendant as the crooked proponent **"probated an altered forged Will, "without qualification, "** **A contradiction within terms.** Why do that, He got the loot already. To cause interference the posse anticipated would be from out of  state , thus federal, thus **'federal probate exception'**.

We believe the irony of the venality fund , "Who funds it?"  Who pays crooked attorneys, crooked clerks… Hyde tuition ,the  atty. fees into the future in  anticipation of federal posse - will  be coming , … We know checks could not be administered nor signed by VA. attorneys testamentary assets cannot be touched  , no qualification for administration., No one qualified .

Hence we believe plaintiff's inheritance supplies the venality fund, for ongoing atty fees , CO, CT, VA .Maxine's sworn perjury,….et al else , ?  Maxine got reimbursed for her stolen heirlooms from what fund? No reimbursement for the plaintiff's stolen heirlooms. Seller &n thief  on every voucher Lisa Grace ▮McCowan foley. She's not paying. Her game is OPM. . Who paid for the Everett Mausoleum litigation to steal exquisite stain glass shipped from Italy in the 1920's ,. How much is that worth? No heirs agree to sell. Her game, sell other people valuables net gain.

Why not distribute to the plaintiff a tidbit of inheritance for the illusion payment similar to the distribution to Maxine? Not equitable, very small by comparison but enough to suffice Maxine- she was not curious to see data? Not  enough to ask to see accounting, 6 inch binder terms of the instruments , inventory.. not curious enough to compare #s with the sister that raised her?. .

The predators strategy, we believe, was  to seduce Maxine's cooperation in secrecy  by the hoax that secrecy would be to her advantage because of Hotchpot. Who has ever heard of Hotchpot. Thus keep plaintiff in a dark  tunnel. By preventing plaintiff's  participation in Hotchpot- during the- Reading of the Wills- would ▮e behoove Maxine  her share from donors' real estate gifts an heir without gifts would dilute her share 'considerably ' because plaintiff had no contribution to submit in  the valuation  Hotchpot for equitable distribution. Incongruent.